UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF GEORGIA

CASE NO.: 1:16-cv-1127
Date Filed: 00/00/0000

AFFIDAVIT OF SERVICE

**Thomas W. Avent, Jr.**

    Plaintiff/Petitioner,

vs.

**Raymond Pirrello**

    Defendant/Respondent.

_____/

```
STATE OF NEW JERSEY
COUNTY OF SOMERSET      ss.
```

I, **David Rojas**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action.

On **04/08/2016** at **02:26 PM**, I served the within **SUMMONS; COMPLAINT;; EXHIBIT 1; CIVIL COVER SHEET** on **Raymond Pirrello** at **Garden State Securities, Inc. 401 Hackensack Ave, 1st Floor, Hackensack, NJ 07601** in the manner indicated below:

By delivering to the within named person a true copy of this process and informing the person of the contents.

I asked the person spoken to if the person served was in the active military service of any of the armed forces of the United States of America or his/her state of residence in any capacity and I received a negative reply.

Description of person served:
**Sex: Male – Age: 35–45 – Skin: White – Hair: Brown – Height: 5'9 – Weight: 170**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

```
Sworn to and subscribed before me on this
___11___ day of  April        , 2016
by an affiant who is personally known to
me or produced identification.

   [signature]
NOTARY PUBLIC
   SUZANNE WEINGARTNER
   NOTARY PUBLIC OF NEW JERSEY
   My Commission Expires 3/4/2018
```

X [signature]
David Rojas – Process Server
MLQ Attorney Services
2000 RiverEdge Parkway NW, Suite 885
Atlanta, GA  30328
770-984-7007/800-446-8794

Atty File#:  – Our File# **68591**

502656